IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**JUDGE R. BROOKE JACKSON**

| | | | |
|---|---|---|---|
| Criminal Action: | 13-cr-00085-RBJ | Date: | March 12, 2014 |
| Courtroom Deputy: | Julie Dynes | Court Reporter: | Kara Spitler |
| Interpreter: | N/A | Probation: | Patrick Lynch |

| *Parties* | *Counsel* |
|---|---|
| UNITED STATES OF AMERICA<br>**Plaintiff**<br><br>v.<br><br>7. JESUS RODELA<br>**Defendant(s)** | Barbara S. Skalla<br><br><br><br><br>Edward R. Harris |

**COURTROOM MINUTES**

**SENTENCING HEARING**

**Court in session:**   1:05 p.m.

Appearances of counsel.

Defendant present in custody.

Argument given on sentencing.

Statement by the Court regarding defendant's offense level, criminal history level and sentencing guidelines range.

Court states its findings and conclusions.

**ORDERED:**   [186] Defendant's Motion for a Below Guideline Sentence is GRANTED.

[226] Government's Motion Regarding U.S.S.G. Section 3E1.1(b) is GRANTED.

[227] Government's Motion for Downward Departure Pursuant to U.S.S.G. § 5K1.1 and 18 U.S.C. § 3553 (e) is GRANTED.

**ORDERED:** Defendant shall be **imprisoned** for **72 months** as to Count One of the Information.

Upon release from imprisonment, the defendant shall be placed on **supervised release** for a period of **3 years.**

**ORDERED:** **Conditions** of Supervised Release that:
- (**X**) Defendant shall not commit another federal, state or local crime.
- (**X**) Defendant shall not possess a firearm or destructive device.
- (**X**) Defendant shall not illegally possess controlled substances. Defendant shall refrain from the unlawful use of a controlled substance and submit to one drug test within 15 days of release on supervised release and at least two periodic drug tests thereafter for use of a controlled substance.
- (**X**) Defendant shall cooperate in the collection of a DNA sample from the defendant as directed by the probation officer.

**ORDERED:** **Special Condition** of Supervised Release that:
- (**X**) Defendant shall participate in and successfully complete a program of testing and treatment for substance abuse as directed by the probation officer until such time as defendant is released from the program by the probation officer. Defendant shall abstain from the use of alcohol or other intoxicants during the course of treatment. Defendant will be required to pay the cost of treatment as directed by the probation officer.
- (**X**) Defendant shall participate in and successfully complete a program of mental health treatment, as directed by the probation officer, until such time as the defendant is released from the program by the probation officer. The defendant will be required to pay the cost of treatment as directed by the probation officer. The Court authorizes the probation officer to release psychological reports and/or the presentence report to the treatment agency for continuity of treatment.
- (**X**) The defendant shall remain medication compliant and shall take all medications that are prescribed by his treating psychiatrist. The defendant shall cooperate with random blood tests as requested by his treating psychiatrist and/or supervising probation officer to ensure that a therapeutic level of his prescribed medications is maintained.
- (**X**) Defendant shall submit to a search of his person and/or property on reasonable suspicion of any violation of supervised release.

**ORDERED:** Defendant shall pay **$100.00** to **Crime Victim Fund** (Special Assessment), to be paid immediately.

Defendant reminded of his right to appeal.

Court RECOMMENDS that the defendant receive credit for all time served in federal custody on this case.

Court RECOMMENDS that the Bureau of Prisons place the defendant at a facility with an RDAP program within Colorado.

**ORDERED:**   Forfeiture request in the amount of $1541.00 is GRANTED.

   Defendant is **REMANDED** to the custody of the U.S. Marshal.

**Court in recess:**  1:26 p.m.   Hearing concluded.   Total time:   00:21